UNITED STATES DISTRICT COURT **FILED**

NORTHERN DISTRICT OF CALIFORNIA JAN 29 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. | Case Number: |
| Plaintiff, | DECLARATION OF MARK McDEVITT |
| v. | IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h) |
| TWITTER, INC. | |
| Defendant. | |

CV 19 80 020 MISC KAW

I, MARK McDEVITT, the undersigned, declare that:

1. I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings, audiovisual works and images. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted sound recordings, audiovisual works and images.

2. The RIAA is requesting the attached proposed subpoena that would order Twitter, Inc. to disclose the identity, including name, physical address, IP address, telephone number, e-mail address, payment information, account updates and account history of the user operating the account @DefNotAnInsider, which posted the following content:

   https://twitter.com/DefNotAnInsider/status/1082831078895714304

3. The purpose for which this subpoena is sought is to obtain the identity of the individual who owns this account and who has reproduced and has offered for distribution our member's copyrighted image without their authorization. This information will only be used for the purposes of protecting the rights granted to our member, the image copyright owner, under Title II of the Digital Millennium Copyright Act.

BY FAX
ONE LEGAL LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on January 28, 2019.

_____
Mark McDevitt